■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO MITCHELL, Appellant.—Judgment of Supreme Court, Bronx County, entered November 2, 1978, convicting defendant of rape in the first degree and possession of a weapon as a felony and sentencing him to concurrent indeterminate terms of imprisonment from 3½ to 12 years for the rape conviction and not more than 5 years for the weapons conviction, unanimously affirmed. A major claim on this appeal is a charge of prosecutorial misconduct. It is asserted that the prosecutor knowingly permitted a nine-year-old witness to testify falsely that prior to her testimony she did not talk to the prosecutor about the case. During the proceedings below the defendant did not pursue this matter, although he had the opportunity to do so. Thus the point is not preserved for appeal. However, it may be pursued by an appropriate postconviction motion (CPL 440.10). The other contentions of defendant have been considered and are found to be without merit. Concur — Kupferman, J. P., Birns, Fein, Sandler, and Sullivan, JJ.

■ EDWARD W. JAMES et al., Appellants, v J. I. SOPHER & CO., INC., et al., Respondents. — Appeal from order, Supreme Court, New York County, entered on February 25, 1980, unanimously dismissed as moot (see *Longo v New York City Educational Constr. Fund,* 78 AD2d 610). Respondents shall recover of appellants $75 costs and disbursements of this appeal. Appeal from order of said court entered on March 12, 1980 unanimously dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Birns, Fein, Ross and Bloom, JJ.

■ LILLIAN HOROWITZ et al., Respondents, v CITY OF NEW YORK, Appellant. — Judgment, Supreme Court, New York County, entered on December 3, 1979, unanimously modified, on consent, to reduce plaintiff-respondent husband's judgment to the amount contained in the *ad damnum* clause, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Birns, Fein, Ross and Bloom, JJ.

■ OCEAN TRANSPORT, LTD., Respondent, v NATIONAL BANK OF NORTH AMERICA, Defendant and Interpleading Plaintiff-Respondent. NATIONAL MARITIME UNION, Interpleader Defendant-Appellant; TODD SHIPYARDS CORP., Interpleader Defendant. — Judgment, Supreme Court, New York County, entered on February 6, 1980, unanimously affirmed on opinion of Wolin, J., at Trial Term. Defendant and interpleading plaintiff-respondent shall recover from interpleader defendant-appellant $75 costs and disbursements of this appeal. Concur — Sullivan, J. P., Markewich, Lupiano, Silverman and Carro, JJ.

■ KATHLEEN A. SEWARD, Respondent, v WILLIAM SHIPLET et al., Appellants. — Judgment, Supreme Court, New York County, entered on November 5, 1979, unanimously reversed, on the law, without costs and without disbursements, and the complaint dismissed. (See *Gager v White,* 78 AD2d 617). No opinion. Concur — Sandler, J. P., Sullivan, Markewich, Lupiano and Silverman, JJ.

■ GENERAL INSTRUMENT CORPORATION, INC., Respondent, v CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant. — Order, Supreme Court, New York County, entered on September 6, 1979, unanimously affirmed for the reasons stated by A. Klein, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur — Sandler, J. P., Sullivan, Markewich, Lupiano and Silverman, JJ.